IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Nicole M. Armond | : | Chapter 13 |
| | : | No.: 22-12962-mdc |
|    Debtor(s) | : | |

## **O R D E R**

     **AND NOW**, on this __1st__ day of __December__, 2023, upon consideration of Debtor's Letter / Request to Part Ways with Current Bankruptcy Attorney, and Counsel's Response thereto, it is hereby

     **ORDERED** and **DECREED** that Debtor's Letter / Request to Pay Ways with Current Bankruptcy Attorney is **GRANTED** and Counsel shall be relieved of all duties of Debtor's Counsel.

     It is further **ORDERED** that Counsel shall be permitted to file a Supplemental Application for Compensation of Counsel Fees for services rendered post-confirmation.

_____
HONORABLE MADGELINE D. COLEMAN
UNITED STATES BANKRUTPCY JUDGE