**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | |
| Nicole Armond, | Chapter 13 |
| Debtor. | Case No. 22-12962 (AMC) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM ELECTRONIC NOTICING**

PLEASE TAKE NOTICE that Thomas D. Bielli, Esquire hereby withdraws his

appearance as counsel of record for Hard Money PA, LLC in the above-captioned proceeding.

Mr. Bielli also withdraws his request for receipts of all notices including electronic notices of

documents filed in the above-captioned matter.


Dated: May 12, 2025                    **BIELLI & KLAUDER, LLC**

                                       */s/ Thomas D. Bielli*
                                       Thomas D. Bielli, Esquire (ID No. 202100)
                                       1905 Spruce Street
                                       Philadelphia, PA 19103
                                       Phone: 215-642-8271
                                       Email: tbielli@bk-legal.com

                                       *Counsel to Hard Money PA, LLC*